**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  Joshua T Hilliard

|  |  |  |
|---|---|---|
|  | ) | 17 B 00396 |
|  | ) |  |
| Debtor(s) | ) | Judge Janet S. Baer |

*NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

| Joshua T Hilliard | Nations First Capital | David Cutler |
|---|---|---|
| 1001 Windemere Lane | d/b/a Go Capital | 4131 Main St |
| Aurora, IL  60504 | 516 Gibson Dr  Ste 160 | Skokie, IL  60076 |
|  | Roseville, GA  95678 |  |

Please take notice that on October 19, 2018 at 9:30 a.m., a representative of this office shall appear before the Honorable Judge Janet S. Baer or any other Bankruptcy Judge who may preside in her place and stead, at Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL and present this motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor(s) and creditor by depositing it in the U.S. Mail and to debtor's attorney electronically via the court's CM/ECF System on October 6, 2018.

/s/ Glenn Stearns
Glenn Stearns, Trustee

MOTION TO MODIFY PLAN

Now Comes Glenn Stearns, Chapter 13 Trustee, requesting modification of the above debtors' plan pursuant to 11 U.S.C. § 1329 and in support thereof, states the following:

1. On January 6, 2017 the debtor filed a petition under Chapter 13.

2. The debtor's modified plan filed March 17, 2016 (Doc 28) was confirmed March 24, 2017.

3. The confirmed plan provides for payments of $1,425 for 60 months for total payments of $85,500 will all creditors to be paid in full.

4. Mortgage arrears are paid in full.

5. Attorney fees have been paid in full.

6. All allowed unsecured claims have been paid in full.

7. Debtor's plan provides in Section 3.1(a) that Nations First Capital is to be paid in fixed payments of $538.79 per month. As of this writing they are owed $20,474.20.

8. As of this writing the Trustee has a balance on hand of $8,159.54 that can be disbursed to Nations First Capital if the fixed payment is removed.

9. Removing the fixed payment will accelerate payments to Nations First Capital and will not harm any other creditors.

WHEREFORE, the Trustee prays that the debtors' plan be modified to remove the fixed payment to Nations First Capital and for such other and further relief as this court deems proper.

Respectfully Submitted;

Glenn Stearns, Trustee

/s/ Glenn Stearns
By: Glenn Stearns

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532   (630) 981-3888