UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-00396 |
| Joshua T Hilliard | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### Order Modifying Plan

This matter coming on the Trustee's Motion to Modify Plan, proper notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the fixed payment to Nations First Capital in Plan Section E3.1(a) is removed.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 19, 2018

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532
630 981 3888